**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6497**

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

AFNAN JEROME PARKER,

                                        Defendant - Appellant.

**No. 96-7162**

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

AFNAN JEROME PARKER,

                                        Defendant - Appellant.

Appeals from the United States District Court for the Western
District of Virginia, at Charlottesville. James H. Michael, Jr.,
Senior District Judge. (CR-91-15-C)

Submitted:  October 17, 1996        Decided:  October 24, 1996

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Afnan Jerome Parker, Appellant Pro Se.  Stephen Urban Baer, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In appeal No. 96-6497, Appellant appeals from the district court's order denying his motion filed pursuant to Fed. R. Crim. P. 35. In appeal No. 96-7162, Appellant appeals from the district court's orders denying his motions for a downward departure and to modify his sentence. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Parker, Nos. CR-91-15-C; CR-91-15 (W.D. Va. Feb. 23, and June 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED